# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00676-CV

### Conestoga-Rovers & Associates, Appellant

### v.

### BNC Engineering, LLC, Appellee

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
## NO. D-1-GN-07-003947, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Conestoga-Rovers & Associates has filed Appellant's Agreed Motion to Dismiss Appeal, representing that it no longer desires to prosecute this appeal and that BNC Engineering, LLC does not oppose the relief requested. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Agreed Motion

Filed:  March 4, 2009